UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| N'ORLEANS PO'BOY PLACE, LLC and<br>N'ORLEANS KREWE KITCHEN, LLC<br><br>Plaintiffs<br><br>VERSUS<br><br>CULINARY CONSTRUCTION CO., LLC,<br>JEROME STUART, DAVCO RESTAURANTS,<br>LLC, DAVCO NOPP, LLC, DAVCO NOLA, LLC,<br>DAVID J. NORMAN, ANN PORTNOW, and<br>RICHARD BORCHERS<br><br>Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*    CIVIL ACTION NO.: 2:18-cv-05349<br><br>   JUDGE: FALLON<br><br>   MAGISTRATE: ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### *EX PARTE* MOTION FOR EXTENSION OF TIME

Defendants, DavCo NOPP, LLC ("DavCo NOPP") and DavCo NOLA, LLC ("DVN"), without making a general appearance and without waiving any defenses, hereby move *ex parte*, pursuant to Local Rule 7.8, for an extension of time up to and including June 28, 2018, within which to answer or otherwise respond to the Petition for Damages filed by Plaintiffs N'Orleans Po'Boy Place, LLC ("NOPP") and N'Orleans Krewe Kitchen, LLC ("NOKK") (collectively, "Plaintiffs").

Plaintiffs initiated this suit by filing their Petition in the 24th Judicial District Court, Parish of Jefferson, State of Louisiana, which they sent via e-mail to the agent for service of process for DavCo NOPP and DVN on May 17, 2018. DVN and DavCo NOPP thereafter timely removed the action to this Court on May 25, 2018, allowing them up to and including June 7, 2018 to respond to Plaintffs' Petition pursuant to Federal Rule of Civil Procedure

81(c)(2)(A). DavCo NOPP and DVN request a twenty one (21) day extension to their June 7, 2018 deadline to answer or to otherwise respond to Plaintiffs' Petition pursuant to Local Rule 7.8.

Undersigned counsel hereby certifies that there have been no previous extensions of time within which to answer or otherwise respond to the Petition, and that Plaintiffs have not filed in the record an objection to such extension.

WHEREFORE, Defendants DVN and DavCo NOPP respectfully move this Court on an *ex parte* basis for an extension of time up to and including June 28, 2018, within which to answer or otherwise respond to the Petition in this matter.

Respectfully submitted,

　/s/ Laurence D. LeSueur, Jr.　
H. Minor Pipes, III, 24603
John W. Joyce, 27525
Stephen L. Miles, 31263
Laurence D. LeSueur, 35206
BARRASSO USDIN KUPPERMAN
　FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
mpipes@barrassousdin.com
jjoyce@barrassousdin.com
smiles@barrassousdin.com
llesueur@barrassousdin.com

*Attorneys for DavCo NOPP, LLC, and DavCo NOLA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the court's electronic filing system, facsimile, hand delivery, electronic mail and/or placing same in the United States Mail, postage prepaid and properly addressed, this 6th day of June, 2018.

/s/ Laurence D. LeSueur, Jr.

*1479173_1.docx*