UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| N'ORLEANS PO'BOY PLACE, LLC and<br>N'ORLEANS KREWE KITCHEN, LLC | CIVIL ACTION NO.: 2:18-cv-05349 |
| Plaintiffs | |
| | JUDGE: FALLON |
| VERSUS | |
| CULINARY CONSTRUCTION CO., LLC,<br>JEROME STUART, DAVCO RESTAURANTS,<br>LLC, DAVCO NOPP, LLC, DAVCO NOLA, LLC,<br>DAVID J. NORMAN, ANN PORTNOW, and<br>RICHARD BORCHERS | MAGISTRATE: ROBY |
| Defendants | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Partial Dismissal;

**IT IS ORDERED** that the Motion be and hereby is **GRANTED** and that all claims against DavCo NOPP, LLC, DavCo NOLA, LLC, DavCo Restaurants, LLC, David Norman, Ann Portnow and Richard Borchers in this lawsuit are dismissed, with prejudice, each party to bear its own costs, specifically reserving all other claims against all other parties.

New Orleans, Louisiana this 21st day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE