UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| N'ORLEANS PO'BOY PLACE, LLC and<br>N'ORLEANS KREWE KITCHEN, LLC<br><br>Plaintiffs<br><br>VERSUS<br><br>CULINARY CONSTRUCTION CO., LLC,<br>JEROME STUART, DAVCO RESTAURANTS,<br>LLC, DAVCO NOPP, LLC, DAVCO NOLA, LLC,<br>DAVID J. NORMAN, ANN PORTNOW, and<br>RICHARD BORCHERS<br><br>Defendants | CIVIL ACTION NO.: 18-5349<br><br>JUDGE: FALLON<br><br>MAGISTRATE: ROBY |

## **ORDER**

CONSIDERING Plaintiffs' Motion to Dismiss Without Prejudice:

IT IS HEREBY ORDERED that the Motion is GRANTED and defendants Jerome Stuart and Culinary Construction Co., LLC are dismissed without prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISISANA, this <u>4th</u> day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE